# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-23-00096-CV
_____

## JUAN ENRIQUE HURTADO, Appellant

## V.

## PATTI JONES, Appellee

_____

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 17-07-09255-CV**

_____

## MEMORANDUM OPINION

Juan Enrique Hurtado (Hurtado) filed a notice of appeal from an order directing the clerk to release funds from the registry of the trial court.

On April 25, 2023, the District Clerk notified the Court that Hurtado had failed to pay or to arrange to pay for the clerk's record in his appeal. On that same day, we notified the parties that the clerk's record had not been filed and we warned Hurtado that we would dismiss the appeal unless he arranged to pay the fee required to file

1

the clerk's record or he explained that he needed additional time to do so by May 25, 2023. *See* Tex. R. App. P. 37.3(b).

On May 16, 2023, through a notice issued by the Clerk of the Court, we warned the parties that Hurtado had not remitted the filing fee and that unless he paid the fee, the Court would dismiss the appeal without further notice on any date after May 31, 2023. Hurtado neither paid the filing fee nor asserted that he was unable to afford payment of costs. *See* Tex. R. App. P. 5, 20.1. None of the parties responded to the Court's notices.

In the absence of a satisfactory explanation justifying the appellant's failure to pay the filing fee for the appeal or to arrange to pay for a clerk's record to support his appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 28, 2023
Opinion Delivered June 29, 2023

Before Horton, Johnson and Wright, JJ.

2